UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH O'BRIEN, individually and on behalf of all other persons similarly situated,

*Plaintiff,*

-against-

ST. PETER'S HEALTH PARTNERS,

*Defendant.*

Case No. 1:25-cv-01439-AMN-DJS

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendant, that the Defendant St. Peter's Health Partners' time to answer, move, or otherwise respond to the Complaint (Dkt. 1) in the above-captioned matter shall be extended up to and including December 17, 2025. The stipulation is being filed on or before Defendant's current response deadline. This is the first request for an extension and is made in good faith so that counsel for Defendant can adequately investigate and prepare the appropriate response to Plaintiffs' putative collective and class action complaint. The requested extension will not result in any undue delay or prejudice. No initial conference in this case is currently scheduled. This is the first extension sought by the Parties.[1]

**NOW WHEREFORE**, the Parties respectfully request that this Court extend the deadline for Defendant to answer or otherwise respond to the complaint, up to and including December 17, 2025. No other deadlines are affected by this request.

[1] Nothing in this Stipulation shall be deemed a waiver of any defense that Defendant may raise to the allegations in the Complaint.

Date: November 11, 2025

ANDERSON ALEXANDER, PLLC

By: */s/ Carter T. Hastings*
Clif Alexander (Pro Hac Vice)
Texas Bar No. 24064805
clif@a2xlaw.com
Austin W. Anderson (Pro Hac Vice)
Texas Bar No. 24045189
austin@a2xlaw.com
Lauren E. Braddy (Pro Hac Vice)
Texas Bar No. 24071993
lauren@a2xlaw.com
Carter T. Hastings (Pro Hac Vice)
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

CONWAY, DONOVAN & MANLEY, PLLC
Michael C. Conway
NDNY Bar No. 302055
MConway@lawcdm.com
Ryan T. Donovan
NDNY Bar No.: 105803
RDonovan@lawcdm.com
50 State Street, 2nd Floor
Albany, NY
Telephone: 518-436-1661
Facsimile: 518-432-1996

**Attorneys for Plaintiffs**

LITTLER MENDELSON, P.C.

By: */s/ Erin M. Train*
Erin M. Train, Bar Roll 703297
etrain@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
Telephone: 585.203.3400

J.D. Tripoli, *Pro Hac Vice forthcoming*
Wisconsin Bar No. 1090023
jtripoli@littler.com
833 E. Michigan Street, Ste. 900
Milwaukee, Wisconsin 53202
Telephone: 414.978.4604
Facsimile: 414.908.9293

William Liles, *Pro Hac Vice forthcoming*
Texas Bar No. 24083395
wliles@littler.com
1301 McKinney Street, Ste. 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

**Attorneys for Defendant**

SO ORDERED:

Dated: 11/12/2025