A2X | ANDERSON ALEXANDER

January 7, 2026

**<u>Via ECF Filing</u>**
Honorable Daniel J. Stewart, U.S.M.J
United States District Court
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, New York 12207

Re: Joint Request to Appear Remotely - *O'Brien v. St. Peter's Health Partners*, No. 1:25-cv-01439-AMN-DJS

Dear Judge Stewart:

Plaintiff and Defendant respectfully submit this joint letter requesting permission to appear remotely for the scheduling conference set for January 14, 2026, at 10:00 a.m.

By Order entered at ECF No. 3, the Court directed the parties to appear in person for the status and scheduling conference at the United States Courthouse, Room 409, Albany, New York. The Parties respectfully request permission to appear by video conference or teleconference.

Lead Counsel for Plaintiff is located in Corpus Christi, Texas, which is nearly 2,000 miles from Albany, New York. Similarly, Lead Counsel for Defendant is located in Milwaukee, Wisconsin, which is approximately 900 miles from Albany, New York.

Given the logistical efficiencies of remote conferencing, the Parties respectfully submit that allowing appearance by videoconference or teleconference would be reasonable, efficient and would not prejudice either party.

Accordingly, the Parties respectfully request that the Court grant permission for them to appear remotely at the January 14, 2026, scheduling conference.

Sincerely,

*/s/ Carter Hastings*

Anderson Alexander, PLLC by

A2X | ANDERSON ALEXANDER

Carter Hastings
Attorney for Plaintiff and the Putative
Collective/Class Members

/s/ J.D. Tripoli

Littler Mendelson P.C. by
J.D. Tripoli
Attorney for Defendant