**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| **DEBORAH O'BRIEN,**<br>**Individually and on behalf of all others similarly situated,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ST. PETER'S HEALTH PARTNERS,**<br><br>***Defendant.*** | **Case No. 1:25-CV-1439-AMN-DJS**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTION PURSUANT TO FED. R. CIV. P. 23** |

**JOINT MOTION TO EXTEND CONDITIONAL CERTIFICATION DEADLINE**

Plaintiff Deborah O'Brien, individually and on behalf of all similarly situated ("Plaintiff") and Defendant St. Peter's Health Partners ("Defendant") (collectively, the "Parties") pursuant to the Scheduling Order issued on January 20, 2026 (ECF No. 41), moves the Court for an extension of time to the deadline to file for conditional certification.

Currently, the Plaintiff is to file for conditional certification by February 13, 2026. *See* ECF No. 41. The Parties are discussing attending early mediation. The Parties respectfully request that the deadline to file for conditional certification be extended by thirty (30) days to March 16, 2026, to assist in their early mediation discussions.

This Motion is brought in good faith, not for the purposes of delay, and so that justice may be done.

WHEREFORE, the Parties respectfully requests that the Court extend the deadline to file for conditional certification.

Date: February 13, 2026 Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Clif Alexander*
**Clif Alexander** (admitted *Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (admitted *Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy** (admitted *Pro Hac Vice)*
Texas Bar No. 24071993
lauren@a2xlaw.com
**Carter T. Hastings** (admitted *Pro Hac Vice)*
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**CONWAY, DONOVAN & MANLEY, PLLC**

By: */s/ Michael C. Conway*
**Michael C. Conway**
NDNY Bar No. 302055
MConway@lawcdm.com
50 State Street, 2nd Floor
Albany, NY
Telephone: 518-436-1661
Facsimile: 518-432-1996

***Counsel for Representative Plaintiff and Putative Collective/Class Members***

LITTLER MENDELSON, P.C.

By: */s/ Erin M. Train (w/permission)*
Erin M. Train, Bar Roll 703297
etrain@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
Telephone: 585.203.3400

J.D. Tripoli, *Pro Hac Vice*
Wisconsin Bar No. 1090023
jtripoli@littler.com

833 E. Michigan Street, Ste. 900
Milwaukee, Wisconsin 53202
Telephone: 414.978.4604
Facsimile: 414.908.9293

William Liles, *Pro Hac Vice*
Texas Bar No. 24083395
wliles@littler.com
1301 McKinney Street, Ste. 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

**Attorneys for Defendant**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of New York using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander