**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| **DEBORAH O'BRIEN,**<br>**Individually and on behalf of all others similarly situated,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ST. PETER'S HEALTH PARTNERS,**<br><br>***Defendant.*** | **Case No. 1:25-CV-1439-AMN-DJS**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTION PURSUANT TO FED. R. CIV. P. 23** |

**[PROPOSED] ORDER**

The Court, having considered the Parties' Motion for Extension of Time to File for Conditional Certification, is of the opinion that the Motion should be GRANTED as set forth below. The Court ORDERS that the deadline to file for conditional certification is extended by thirty (30) days to March 16, 2026.

**IT IS SO ORDERED**

SIGNED on this ______ day of ____________________________, 2026.

______________________________
DANIEL J. STEWART
UNITED STATES MAGISTRATE JUDGE