**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| **DEBORAH O'BRIEN,**<br>**Individually and on behalf of all others similarly situated,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**ST. PETER'S HEALTH PARTNERS,**<br><br>***Defendant*.** | **Case No. 1:25-CV-1439-AMN-DJS** |

**JOINT MOTION TO STAY THE CASE AND STIPULATION REGARDING TOLLING OF THE STATUTE OF LIMITATIONS**

**TO THE HONORABLE COURT:**

Plaintiff Deborah O'Brien and Defendant St. Peter's Health Partners (collectively, "the Parties"), jointly move this Court to stay the case and all current deadlines and stipulate to toll the statute of limitations for all persons who become members of any putative collective in this action from March 13, 2026, to June 15, 2026.

1. Counsel for the Parties are currently engaged in informal discovery and have agreed to attend private mediation. The Parties are currently working to schedule mediation, but anticipate having an agreed date within seven (7) days. The Parties seek a stay of the case to facilitate informal discovery and mediation.

2. The Parties further stipulate that the statute of limitations for all future opt-ins, if any, is tolled from March 13, 2026, to June 15, 2026. The Parties agree that this tolling period is the same length as the stay and is contingent on the stay remaining in place until June 15, 2026.

3. If the stay is terminated early, the Parties agree that the tolling period ends on the date on which the stay ends. This tolling agreement extends only to the future opt-ins' potential claims under the FLSA in this lawsuit; it does not extend to any FLSA claims or other claims that the future opt-ins may assert in any other current or future lawsuit against Defendant.

4. No prejudice will result to either Party by granting this request, nor will any putative class member be prejudiced, as the Parties stipulate to tolling of the statute of limitations as is set forth above.

5. The Parties attest this motion is not made for the purpose of the delay.

WHEREFORE, the Parties respectfully request this Court grant the requested stay of this matter so that the Parties can pursue a potential resolution to this matter, to begin upon the entry of the Order granting the stay.

Date: March 13, 2026

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Clif Alexander*
**Clif Alexander** (admitted *Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (admitted *Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy** (admitted *Pro Hac Vice)*
Texas Bar No. 24071993
lauren@a2xlaw.com
**Carter T. Hastings** (admitted *Pro Hac Vice)*
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**CONWAY, DONOVAN & MANLEY, PLLC**

**Michael C. Conway**
NDNY Bar No. 302055
MConway@lawcdm.com
50 State Street, 2nd Floor
Albany, NY
Telephone: 518-436-1661
Facsimile: 518-432-1996

***Counsel for Representative Plaintiff and Putative Collective/Class Members***

LITTLER MENDELSON, P.C.

By: /s/ *William Liles (w/permission)*

William Liles, *Pro Hac Vice*
Texas Bar No. 24083395
wliles@littler.com
1301 McKinney Street, Ste. 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

Erin M. Train, Bar Roll 703297
etrain@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
Telephone: 585.203.3400

J.D. Tripoli, *Pro Hac Vice*
Wisconsin Bar No. 1090023
jtripoli@littler.com
833 E. Michigan Street, Ste. 900
Milwaukee, Wisconsin 53202
Telephone: 414.978.4604
Facsimile: 414.908.9293

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of New York using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander