UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH O'BRIEN, individually and on behalf of all other persons similarly situated,

*Plaintiff*,

-against-

ST. PETER'S HEALTH PARTNERS,

*Defendant*.

Case No. 1:25-cv-01439-AMN-DJS

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective April 20, 2026, the address for Erin M. Train, counsel for Defendant St. Peter's Health Partners, has changed to:

Erin M. Train
Littler Mendelson, P.C.
80 Linden Oaks, Suite 210
Rochester, NY 14625

Telephone and facsimile numbers will remain unchanged. We respectfully request that you update your records accordingly.

Dated: April 22, 2026

LITTLER MENDELSON, P.C.

By: */s/ Erin M. Train*

Erin M. Train, Bar Roll 703297
etrain@littler.com
80 Linden Oaks, Suite 210
Rochester, NY 14625
Telephone: 585.203.3400

J.D. Tripoli, *Pro Hac Vice*
Wisconsin Bar No. 1090023
jtripoli@littler.com
833 E. Michigan Street, Ste. 900
Milwaukee, Wisconsin 53202
Telephone: 414.978.4604
Facsimile: 414.908.9293

William Liles, *Pro Hac Vice*
Texas Bar No. 24083395
wliles@littler.com
1301 McKinney Street, Ste. 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

**Attorneys for Defendant**