**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| **DEBORAH O'BRIEN,**<br>**Individually and on behalf of all others similarly situated,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ST. PETER'S HEALTH PARTNERS,**<br><br>***Defendant.*** | **Case No. 1:25-CV-1439-AMN-DJS** |

# JOINT STATUS REPORT

**TO THE HONORABLE COURT:**

Plaintiff Deborah O'Brien and Defendant St. Peter's Health Partners (collectively, "the Parties"), jointly file this Status Report pursuant to the Court's April 2, 2026 Order (ECF No. 57). The Parties have agreed to attend mediation on July 16, 2026, with the experienced wage and hour mediator, Dennis Clifford. The Parties believe continuing the stay will aid them in preparing for the scheduled mediation and minimize unnecessary costs.

Date: June 15, 2026

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Clif Alexander*
**Clif Alexander** (admitted *Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (admitted *Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy** (admitted *Pro Hac Vice)*
Texas Bar No. 24071993

lauren@a2xlaw.com
**Carter T. Hastings** (admitted *Pro Hac Vice)*
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**CONWAY, DONOVAN & MANLEY, PLLC**

**Michael C. Conway**
NDNY Bar No. 302055
MConway@lawcdm.com
50 State Street, 2nd Floor
Albany, NY
Telephone: 518-436-1661
Facsimile: 518-432-1996

***Counsel for Representative Plaintiff and Putative Collective/Class Members***

LITTLER MENDELSON, P.C.

By: /s/ *William Liles (w/permission)*
William Liles, *Pro Hac Vice*
Texas Bar No. 24083395
wliles@littler.com
1301 McKinney Street, Ste. 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

Erin M. Train, Bar Roll 703297
etrain@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
Telephone: 585.203.3400

J.D. Tripoli, *Pro Hac Vice*
Wisconsin Bar No. 1090023
jtripoli@littler.com
833 E. Michigan Street, Ste. 900
Milwaukee, Wisconsin 53202
Telephone: 414.978.4604
Facsimile: 414.908.9293

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of New York using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander