**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| **DEBORAH O'BRIEN,**<br>**Individually and on behalf of all others similarly situated,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**ST. PETER'S HEALTH PARTNERS,**<br><br>***Defendant*.** | **Case No. 1:25-CV-1439-AMN-DJS** |

**JOINT MOTION TO EXTEND THE STAY OF CASE AND STIPULATION REGARDING TOLLING OF THE STATUTE OF LIMITATIONS**

**TO THE HONORABLE COURT:**

Plaintiff Deborah O'Brien and Defendant St. Peter's Health Partners (collectively, "the Parties"), jointly move this Court to extend the stay of this case and all current deadlines and stipulate to toll the statute of limitations for all persons who become members of any putative collective in this action from June 15, 2026, to July 23, 2026.

1. Counsel for the Parties are currently engaged in informal discovery and have agreed to attend private mediation. The Parties are currently scheduled to attend mediation with the experienced wage and hour mediator Dennis Clifford on July 16, 2026. The Parties seek to continue the stay of this case to facilitate informal discovery and mediation.

2. The Parties further stipulate that the statute of limitations for all future opt-ins, if any, is tolled from June 15, 2026, to July 23, 2026. The Parties agree that this tolling period is the same length as the stay and is contingent on the stay remaining in place until July 23, 2026.

3. If the stay is terminated early, the Parties agree that the tolling period ends on the date on which the stay ends. This tolling agreement extends only to the future opt-ins' potential claims under the FLSA in this lawsuit; it does not extend to any FLSA claims or other claims that the future opt-ins may assert in any other current or future lawsuit against Defendant.

4. No prejudice will result to either Party by granting this request, nor will any putative class member be prejudiced, as the Parties stipulate to tolling of the statute of limitations as is set forth above.

5. The Parties attest this motion is not made for the purpose of the delay.

WHEREFORE, the Parties respectfully request this Court grant the requested extension of the current stay of this matter so that the Parties can pursue a potential resolution to this matter, to begin upon the entry of the Order granting the stay.

Date: June 15, 2026

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Clif Alexander*
**Clif Alexander** (admitted *Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (admitted *Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy** (admitted *Pro Hac Vice)*
Texas Bar No. 24071993
lauren@a2xlaw.com
**Carter T. Hastings** (admitted *Pro Hac Vice)*
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**CONWAY, DONOVAN & MANLEY, PLLC**

**Michael C. Conway**
NDNY Bar No. 302055
MConway@lawcdm.com
50 State Street, 2nd Floor
Albany, NY
Telephone: 518-436-1661
Facsimile: 518-432-1996

***Counsel for Representative Plaintiff and Putative Collective/Class Members***

LITTLER MENDELSON, P.C.

By: /s/ *William Liles (w/permission)*
William Liles, *Pro Hac Vice*
Texas Bar No. 24083395
wliles@littler.com
1301 McKinney Street, Ste. 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

Erin M. Train, Bar Roll 703297
etrain@littler.com
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
Telephone: 585.203.3400

J.D. Tripoli, *Pro Hac Vice*
Wisconsin Bar No. 1090023
jtripoli@littler.com
833 E. Michigan Street, Ste. 900
Milwaukee, Wisconsin 53202
Telephone: 414.978.4604
Facsimile: 414.908.9293

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of New York using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander