**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

**DEBORAH O'BRIEN,**
**Individually and on behalf of all others similarly situated,**

***Plaintiff,***

**v.**

**ST. PETER'S HEALTH PARTNERS,**

***Defendant.***

**Case No. 1:25-CV-1439-AMN-DJS**

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Motion to Extend the Stay of Case and Stipulation Regarding Tolling of the Statute of Limitations. The Court, having considered the Motion, finds that the Motion is well taken and that it should be GRANTED and IT IS THEREFORE ORDERED as follows:

1. The Joint Motion to Stay the Case and Stipulation Regarding Tolling of the Statute of Limitations is GRANTED and this matter is stayed until July 23, 2026.
2. This Case is stayed until July 23, 2026, and all current deadlines are hereby stayed, to resume once the stay has ended.
3. The statute of limitations is tolled for the FLSA claims asserted in this action only from June 15, 2026, to July 23, 2026 for all persons who may later opt-in as putative class or collective members in this action alone. If the stay is terminated early, the the tolling period ends on the date on which the stay ends. This tolling agreement extends only to the future opt-ins' potential claims under the FLSA in this lawsuit; it does not extend to any FLSA claims or other claims that the future opt-ins may assert in any other current or future lawsuit against

Defendant.

SIGNED on this ______ day of __________________________, 2026.

______________________________
DANIEL J. STEWART
UNITED STATES MAGISTRATE JUDGE