**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

**DEBORAH O'BRIEN,**
**Individually and on behalf of all others similarly situated,**

***Plaintiff,***

**v.**

**ST. PETER'S HEALTH PARTNERS,**

***Defendant.***

**Case No. 1:25-CV-1439-AMN-DJS**

**JURY TRIAL DEMANDED**

**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

**CLASS ACTION PURSUANT TO FED. R. CIV. P. 23**

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff Deborah O'Brien, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

1. Heather Claffy
2. Silena Dickson

Date: August 31, 2026

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Clif Alexander*

**Clif Alexander** *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Lauren E. Braddy** *(Admitted Pro Hac Vice)*
Texas Bar No. 24071993
lauren@a2xlaw.com
**Austin W. Anderson** *(Admitted Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
**Carter T. Hastings** *(Admitted Pro Hac Vice)*
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**CONWAY, DONOVAN & MANLEY, PLLC**

By: */s/ Michael C. Conway*

**Michael C. Conway**
NDNY Bar No. 302055
MConway@lawcdm.com
**Ryan T. Donovan**
NDNY Bar No.: 105803
RDonovan@lawcdm.com
50 State Street, 2nd Floor,
Albany, NY
Telephone: 518-436-1661
Facsimile: 518-432-1996101

***Counsel for Representative Plaintiff and the Putative Collective/Class Members***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on August 31, 2026, using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

/s/ *Clif Alexander*
Clif Alexander